JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN KREDITOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CANEFIELDS USA, LLC,<br><br>    Defendant. | CV 12-327 PA (JCx)<br><br>JUDGMENT |

In accordance with this Court's January 30, 2013 Minute Order granting the Application for Entry of Clerk's Default Judgment filed by plaintiff Erin Kreditor ("Plaintiff") against defendant Canefields USA, LLC, it is hereby ORDERED, ADJUDGED, AND DECREED that Canefields USA, LLC is liable to Plaintiff as follows:

   1.   Canefields USA, LLC shall pay Plaintiff damages and prejudgment interest in the total amount of $353,097.42; and

   2.   Canefields USA, LLC shall pay Plaintiff attorneys' fees in the amount of $10,661.94 plus Plaintiff's costs of suit.

   The Clerk is ordered to enter this Judgment.

DATED: January 30, 2013              _____
                                      Percy Anderson
                                      UNITED STATES DISTRICT JUDGE