JS-6

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11  ERIN KREDITOR,                    CV 12-327 PA (JCx)
12            Plaintiff,              JUDGMENT
13       v.
14  CANEFIELDS USA, LLC,
15            Defendant.
16
17       In accordance with this Court's January 30, 2013 Minute Order granting the
18  Application for Entry of Clerk's Default Judgment filed by plaintiff Erin Kreditor
19  ("Plaintiff") against defendant Canefields USA, LLC, it is hereby ORDERED,
20  ADJUDGED, AND DECREED that Canefields USA, LLC is liable to Plaintiff as follows:
21       1.   Canefields USA, LLC shall pay Plaintiff damages and prejudgment interest in
22  the total amount of $353,097.42; and
23       2.   Canefields USA, LLC shall pay Plaintiff attorneys' fees in the amount of
24  $10,661.94 plus Plaintiff's costs of suit.
25       The Clerk is ordered to enter this Judgment.
26
27  DATED: January 30, 2013
                                    _____
28                                         Percy Anderson
                                    UNITED STATES DISTRICT JUDGE